

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-26-2005

# USA v. Vitiello

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-4842

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Vitiello" (2005). *2005 Decisions.* Paper 1315.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1315

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 03-4842

———————

UNITED STATES OF AMERICA

v.

WINSTON VITIELLO,
                                        Appellant

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
D.C. Crim. No. 03-cr-00313
District Judge:  The Honorable Faith S. Hochberg

———————

Submitted Under Third Circuit LAR 34.1(a)
November 2, 2004

———————

Before: ALITO, BARRY, and FUENTES, Circuit Judges

———————

(Opinion Filed: April 26, 2005)

———————

OPINION

———————

BARRY, Circuit Judge

Winston Vitiello entered a plea of guilty pursuant to a plea agreement with the

United States and was sentenced in accordance with the Sentencing Guidelines.  The only

issues raised by either party relate to the District Court's interpretation and application of the Sentencing Guidelines. In the wake of the Supreme Court's decision in United States v. Booker, 543 U.S. __, 125 S. Ct. 738 (2005), this Court has determined that sentencing issues are best determined by the District Court in the first instance. Accordingly, although we will affirm the conviction, we will vacate the sentence and remand for resentencing in accordance with Booker.